**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, Ca 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHELLLE RIDOLA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RENATO'S PIZZA, INC. et al.<br><br>　　　　Defendants. | Case No. 19-cv-02751-LHK<br><br>**STIPULATION AND [PROPOSED]　ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff RACHELLE RIDOLA ("Plaintiff") and Defendants RENATO'S PIZZA, INC., a California corporation dba RENATO'S PIZZA; COUNTRYSIDE SHOPPING CENTER, LLC, a California limited liability company; and DOES 1 through 10, inclusive, (collectively, "Defendants") stipulate pursuant to FRCP 41(a)(2) that this action be dismissed with prejudice with each side bearing her/their own attorneys' fees, costs, and litigation expenses. The parties

further stipulate and request that the Court retain jurisdiction in accordance with the provisions of General Order No. 56.

Respectfully submitted,

Dated: April 13, 2020        /s/ Irakli Karbelashvili
                             Irakli Karbelashvili, Attorney for
                             Plaintiff SHELBY GAIL HEIFETZ

Dated: April 13, 2020        /s/ Michael Ackerman
                             Michael Ackerman, Attorney for
                             Defendant RENATO'S PIZZA, INC.

Dated: April 13, 2020        /s/ Stacie Turner
                             Stacie Turner, Attorney for
                             Defendants COUNTRYSIDE
                             SHOPPING CENTER, LLC

### Filer's Attestation

I attest that I received concurrence from defense counsel in the filing of this document.

                             /s/
                             Irakli Karbelashvili

# [PROPOSED] ORDER

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing its own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement. The Court Clerk shall close the case file.

**IT IS SO ORDERED.**

Date: April 14, 2020

_Lucy H. Koh_
United States District Judge